UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JAMES WALLACE KING, II**                     **CIVIL ACTION**

**VERSUS**                                                        **NUMBER 07-178-RET-DLD**

**COMMISSIONER OF SOCIAL
SECURITY**

### MAGISTRATE JUDGE'S REPORT

This matter comes before the court on a letter filed by pro se claimant James Wallace King II in which he seeks dismissal of his claim for review of a denial of Social Security benefits. (rec. doc. 15) The Commissioner has not answered the complaint or filed a motion for summary judgment, although the administrative record has been filed. The court will therefore consider the claimant's letter to be a notice of dismissal under Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure.

The claimant filed a complaint on March 19, 2007, in which he alleged that he had exhausted administrative remedies regarding the Commissioner's denial of benefits, but the complaint failed to contain any detail whatsoever as to the nature or extent of his claims, other than to state that the Commissioner's decision adversely affected him.[1] (rec.doc. 1) A scheduling order was issued on March 28, 2007 (rec. doc. 4), and when the claimant failed to file a memorandum in support of his appeal, the court issued a show cause order. (rec. doc. 9) The claimant failed to appear for the show cause hearing, and the court issued another show cause order, setting the hearing for June 19, 2008. (rec. doc. 11). At the hearing of June 19, 2008, the claimant appeared and advised that he

---

[1] The complaint was created on a form which contained blanks to be filled in by the claimant.

wished to proceed with his appeal, and claimant was ordered to file his memorandum in support of appeal by July 21, 2008. (rec. doc. 13) The claimant did not file a memorandum; instead, on August 4, 2008, he sent a letter to the court stating that he wished to "release, stop, end the actions" that he has pursued for "Social Security Insurance." He further advised that he wished to drop his case. (rec. doc. 15)

Given claimant's failure to move his case forward and his correspondence requesting that his case be dropped, it is the recommendation of the magistrate judge that this matter be dismissed without prejudice under Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure.

Signed in Baton Rouge, Louisiana, on August 7, 2008.

**MAGISTRATE JUDGE DOCIA L. DALBY**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JAMES WALLACE KING, II**            **CIVIL ACTION**

**VERSUS**                             **NUMBER 07-178-RET-DLD**

**COMMISSIONER OF SOCIAL SECURITY**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. §636(b)(1), you have ten days from date of receipt of this notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on August 7, 2008.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**