UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



JAMES WALLACE KING, II

VERSUS

COMMISSIONER OF SOCIAL
SECURITY

CIVIL ACTION

NO.  07-178-C

## RULING

The court, after carefully considering the petition, the record, the law applicable

to this action, and the Report and Recommendation of United States Magistrate Judge

Docia L. Dalby dated August 7, 2008, to which no objection has been filed, hereby

approves the report and recommendation of the magistrate judge and adopts it as the

court's opinion herein.

Accordingly, this matter will be dismissed without prejudice under Rule

41(a)(1)(A)(I) of the Federal Rules of Civil Procedure.

Baton Rouge, Louisiana, September /6          , 2008.


RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA