UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



JAMES WALLACE KING, II

VERSUS

COMMISSIONER OF SOCIAL SECURITY

CIVIL ACTION

NO. 07-178-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that this matter is dismissed without prejudice under Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, September 16, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA